THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher
 Alan Greene, Appellant.
 
 
 

Appeal From Spartanburg County
  Roger L. Couch, Special Circuit Court
Judge

Unpublished Opinion No. 2008-UP-653
 Submitted December 1, 2008  Filed
December 4, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Assistant Attorney General Deborah R.J. Shupe, all of Columbia; Solicitor
 Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Christopher Alan Green appeals his guilty pleas to two
 counts of criminal solicitation of a minor and sentence of two concurrent ten-year
 sentences.  He argues the sentence violates Article 1, § 15 of the South
 Carolina Constitution because it is cruel and unusual.  After a thorough review of the record, counsels
 brief, and Greenes pro se brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
C.J., SHORT and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.